**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | :  **CRIMINAL NO. ELH-12-0079** |
| **RALPH WARDELL SLOWE** | : |
| | : |
| **Defendant** | : |
| | : |
| | : |

...oOo...

**GOVERNMENT'S RESPONSE TO**
**MOTION TO APPEAL ORDER OF DETENTION**

The United States of America, by its undersigned counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland and Christopher J. Romano, Assistant United States Attorney for said district, hereby files this response in opposition to the Defendant, Ralph Wardell Slowe's, Motion To Appeal Order Of Detention and states:

On July 24, 2012, Ralph Wardell Slowe (Defendant), was ordered detained by United States Magistrate Judge Gallagher pending trial. In making her findings, Magistrate Judge Gallagher stated that (a) based on the Defendant's criminal history, including three (3) prior felony convictions for controlled substance offenses, as well a handgun conviction; (b) his poor adjustment to community supervision, including that the instant offense may have been committed while on parole; (c) the nature of the alleged offense and the strength of the government's evidence; and (d) the recommendation of pre-trial services, that the Defendant posed a risk of safety to other persons and the community. Furthermore, based on the nature of the pending charges, Magistrate Judge

Gallagher held that the Defendant had failed to rebut the presumption as to his being a danger to the community.

WHEREFORE, the United States respectfully requests the Defendant's motion be DENIED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Christopher J. Romano
Assistant United States Attorney
36 S. Charles Street
Baltimore, Maryland 21201
410/209-4907

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of August, 2012, I caused a true and correct copy of the foregoing Motion of Extension Of Time To File Appellee's Brief to be electronically filed with notice to:

Edward Smith, Jr., Esquire
2225 St. Paul St.
Baltimore, MD 21218

_____/s/_____
Christopher J. Romano
Assistant United States Attorney