**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

February 21, 2013

MEMORANDUM TO COUNSEL

    Re:    *United States v. Ralph Wardell Slowe*
             Criminal Case No. ELH-12-79

Dear Counsel:

    On or before March 8, 2013, please provide a joint status report with respect to the status of defendant's coram nobis petition in the Circuit Court for Baltimore City; whether a plea agreement has been reached in this case; and (if no plea agreement has been reached) whether it is now appropriate to schedule a motion hearing (if necessary) and a trial date.

    Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

Very truly yours,

/s/

Ellen Lipton Hollander
United States District Judge